IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HAILEY COOK, ET AL.**, Each Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs.  No. 4:20-cv-2364 | |
| **EMSI HOLDING COMPANY, EXAMINATION MANAGEMENT SERVICES, INC., and JAMES CALVER** | **DEFENDANT** |

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendant James Calver ("Calver") have reached a settlement in principle that will resolve all claims asserted in this lawsuit as between each of them. Plaintiffs previously filed suggestions of bankruptcy as to Defendants Examination Management Services, Inc. and EMSI Holding Company, (Dkt. # 44, 53), and Plaintiffs' claims against these entities are accordingly subject to an automatic stay. *See* 11 U.S.C. § 362(a)(1). Defendant Calver has not yet appeared in this action, and on December 18, 2020, the Court stayed the action against Calver for a period of 90 days, or until March 18, 2021. (Dkt. # 58.)

On January 5, 2021, the Court entered a notice setting an initial conference for February 4, 2021. (Dkt. # 60.) Plaintiffs file this Notice to advise the Court that Plaintiffs and Calver are in the process of finalizing settlement documents and expect to file the necessary settlement papers with the Court within thirty (30) days from the filing of this Notice of Settlement. Plaintiffs respectfully request that the initial conference be continued and all deadlines remain stayed while Plaintiffs and Calver finalize their settlement.

Although Calver has not formally appeared, the Parties' counsel have conferred, and Calver fully agrees with this Notice.

        Respectfully submitted,

        **HAILEY COOK, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Parkway, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

    I certify that on January 20, 2021, the foregoing document was filed with the ECF filing system, which will cause service to be made upon all counsel of record, and was emailed to counsel for Defendant James Calver:

Katrin Schatz, Esq.
JACKSON LEWIS, PC
500 North Akard Street, Suite 2500
Dallas, Texas 75201
Telephone: (972) 728-3266
katrin.schatz@jacksonlewis.com

                                                            */s/ Josh Sanford*
                                                            Josh Sanford