United States District Court
Southern District of Texas
**ENTERED**
April 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HAILEY COOK, ET AL.** | **PLAINTIFF** |
| vs.    No. 4:20-cv-2364 | |
| **EMSI HOLDING COMPANY, EXAMINATION MANAGEMENT SERVICES, INC., and JAMES CALVER** | **DEFENDANT** |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND STIPULATION OF DISMISSAL

Before the Court is the Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal filed by Plaintiffs and Defendant James Calver. Plaintiffs' claims against Defendants EMSI Holding Company and Examination Management Services, Inc. have been previously dismissed. (Dkt. # 66, 68.) Having considered the Motion, the arguments of the Parties and applicable law, the parties' Motion shall be GRANTED.

The terms of the parties' settlement are fair and reasonable and in resolution of a bona fide disagreement between the parties as to the merits of the claims asserted in this action. The Court hereby approves the parties' settlement.

The claims of Plaintiffs are dismissed, with prejudice.

Signed this 20th day of April, 2021.

HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE